|  |  |
|---|---|
|  | **THIS ORDER IS APPROVED.** |
| 1  Ronald M. Horwitz (005655) | **Dated: November 23, 2009** |
| 2  Janessa E. Koenig (018618) **JABURG & WILK, P.C.** | |



1  Ronald M. Horwitz (005655)
   Janessa E. Koenig (018618)
2  **JABURG & WILK, P.C.**
   3200 N. Central Avenue, Suite 2000
3  Phoenix, Arizona 85012
   rmh@jaburgwilk.com
4  jek@jaburgwilk.com
   (602) 248-1000
5
   Attorneys for Movant
6

**Dated: November 23, 2009**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

JOSE CHAVOLLA aka
JOSE LUIS CHAVOLLA CAZARES and
ROSA CHAVOLLA

Debtors.

---

WELLS FARGO BANK, N.A.,

Movant,

v.

JOSE CHAVOLLA aka
JOSE LUIS CHAVOLLA CAZARES and
ROSA CHAVOLLA and
LAWRENCE J. WARFIELD, Trustee,

Respondent.

Chapter 7

No: 0-09-bk-10223-JMM

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO BANK, N.A., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion, and after appropriate notice and opportunity for a hearing, no party in interest having objected to such Motion;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

> LOT 77, OF LOS JARDINES DE LA PLAZA UNIT NO. 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF YUMA COUNTY, ARIZONA, RECORDED IN BOOK 13 OF PLATS, PAGE 16.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1  **COPY** of the foregoing mailed
   this 26th day of October, 2009, to:
2
   JOSE CHAVOLLA
3  ROSA CHAVOLLA
   P.O. Box 7952
4  San Luis, AZ  85349

5  LAWRENCE J. WARFIELD
   P.O. Box 14647
6  Scottsdale, AZ  85267

7
     s/ Jeanette Chavez
8